| U.S. Department of Justice<br>Washington, D.C. | Criminal Docket<br>Presented in Corpus Christi |
|---|---|

| CORPUS CHRISTI Division | |
|---|---|
| Magistrate No.: C-20-1046M<br>C-20-946M | CR. No.: **C-20-841** |
| File: INDICTMENT | |
| Filed: June 29, 2020 | Judge: **Honorable Drew B. Tipton** |
| County: Nueces | |
| Lions #: 2020R07905   2020R02878<br>2020R07413 | |

Attorneys:

United States of America

v.

LORI GARAY

LIZA LEE DIAZ

ADOLPH DIAZ

RYAN K. PATRICK, U.S. ATTORNEY
LANCE WATT, ASST. U.S. ATTORNEY
GRAND JURY ACTION       APP'D   RET

**PLEASE INITIAL**

| TRUE BILL: | _____ |
|---|---|
| NO BILL: | _____ |

Charge(s):   Ct. 1: (All Defendants) Did knowingly and intentionally conspire to possess with intent to distribute more than 1 kilogram of a mixture or substance containing a detectable amount of heroin: 21 USC 846, 841(a)(1), and 841(b)(1)(A).
Ct. 2: (Defendant 1&2) Did knowingly and intentionally conspire to possess with intent to distribute more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine: 21 USC 846, 841(a)(1), and 841(b)(1)(A).

Penalty:   Ct. 1&2:   Not less than 10 years or more than life imprisonment without probation, parole or suspended sentence, or a fine not to exceed $10 million, or both; at least 5 years SRT; and, a $100 Special Assessment.

In Jail:   XXX (Defendant 1 & 2)

On Bond:

No Arrest:   Arrest warrant to be filed (Defendant 3)